No. 39895.—Protest 400542–G of J. E. Bernard & Co., Inc. (New York).

Opinion by TILSON, J. The record established that certain items consist of laces and lace articles, the same as those involved in *Beyda* v. *United States* (T. D. 46177). The claim at 75 percent under paragraph 1430 was therefore sustained.

No. 39896.—Protest 950658–G of Albert Eckstein & Co., Inc. (New York).

Opinion by TILSON, J. The record showed that certain items consist of cellulose filaments similar to those involved in Abstract 25903. The claim at 40 cents per pound under paragraph 31 was therefore sustained.

BEFORE THE THIRD DIVISION, NOVEMBER 18, 1938

No. 39897.—Protest 933135–G of Friedman Bros. Drawing Instrument Co. (New York).

Opinion by CLINE, J. It appeared that the slide rules in question were each contained in a black paper container or case when imported and that the words "Friedmann Germany" appeared in the center of each of the slide rules but were not visible when the slide was closed. Marking in the groove of the slides was held not to be "in a conspicuous place" within the statutory provision. The protest was therefore overruled. *Polk* v. *United States* (C. D. 52) and Abstract 29289 cited.

No. 39898.—Protests 839524–G, etc., of T. Akiyama et al. (New York).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of Abstract 32355 the mandarin oranges in question were held dutiable at only 1 cent per pound under paragraph 743 on the weight of the entire contents of the can.